# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JARELL D. TERRY,                                                                         PLAINTIFF
ADC # 149998

v.                                         2:22CV00084-JTK

KENYON RANDLE, et al.                                                                  DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff's Complaint, as amended, is dismissed with prejudice as to Defendant Kenyon Randle and without prejudice as to Defendants Michael Richardson and Gaylon Lay.

Dated this 22nd day of June, 2023

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE